IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

LINDSEY DAVIDSON

                      Plaintiff,

                                             Civil Action No. 6:08-CV-0166

   vs.

HAMILTON BEACH/PROCTOR-SILEX, INC.

                    Defendant.

_____

APPEARANCES:                         OF COUNSEL:

FOR PLAINTIFF:

Office of Ralph W. Fusco            Ralph W. Fusco, Esq.
2311 Genesee Street
Utica, New York 13501


FOR DEFENDANTS:

Pepper, Hamilton Law Firm          Angelo A. Stio, Esq.
301 Carnegie Center
Suite 400
Princeton, New Jersey 08543

NEIL P. MCCURN
SENIOR U.S. DISTRICT JUDGE


JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

     The parties have entered into an agreement in settlement of all

claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated:   March 26, 2009
         Syracuse, New York

*[signature: Neal P. McCurn]*

Neal P. McCurn
Senior U.S. District Judge

2